

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-150-D(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| PAIGE MICHELLE ANDERSON ) | |
| CHRISTOPHER NEIL MCLEAN ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about April 2020, and continuing up to and including on or about June 30, 2020, in the Eastern District of North Carolina, and elsewhere, the defendants, PAIGE MICHELLE ANDERSON and CHRISTOPHER NEIL MCLEAN, did knowingly and intentionally combine, conspire, confederate agree and have a tacit understanding with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendant, PAIGE MICHELLE ANDERSON, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is five hundred (500)

1

grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to the defendant, CHRISTOPHER NEIL MCLEAN, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about June 1, 2020, in the Eastern District of North Carolina, the defendants, PAIGE MICHELLE ANDERSON and CHRISTOPHER NEIL MCLEAN, aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about June 1, 2020, in the Eastern District of North Carolina, the defendant, CHRISTOPHER NEIL MCLEAN, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be

2

prosecuted in a court of the United States, as set forth in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

On or about June 14, 2020, in the Eastern District of North Carolina, the defendant, PAIGE MICHELLE ANDERSON, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about June 30, 2020, in the Eastern District of North Carolina, the defendant, PAIGE MICHELLE ANDERSON, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)

[Remainder of page intentionally left blank.]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) $831.00 in US currency seized from the defendant, PAIGE MICHELLE ANDERSON;

b) $1,189.00 in US currency seized from the defendant CHRISTOPHER NEIL

4

MCLEAN, and

c) A Taurus PT 100 AFS 40 caliber semi-automatic pistol and magazine, serial # SOF98029 seized from the vicinity of the defendant CHRISTOPHER NEIL MCLEAN.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON
DATE: 9/09/2020

ROBERT J. HIGDON, Jr.
United States Attorney

BY: F. MURPHY AVERITT, III
Special Assistant United States Attorney