UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-150-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| PAIGE MICHELLE ANDERSON | |

Defendant Paige Michelle Anderson has filed an unopposed motion for return of personal property currently in the custody of the Bladen County Sheriff's Department. Ms. Anderson's case has been closed, as she was sentenced on February 17, 2021 and no appeal has been filed. Accordingly the Bladen County Sheriff's Department is authorized to release any and all of Ms. Anderson's personal belongings to her mother, Ms. Tracy Anderson.

SO ORDERED, this __9__ day of July, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE